ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 2 3 2006

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1:06CR147 |
| SYED HARIS AHMED | : | ~~UNDER SEAL~~ |

THE GRAND JURY CHARGES THAT:

From on or before March 2005 until the date of this indictment, in the Northern District of Georgia and elsewhere, the defendant, SYED HARIS AHMED, a person within the jurisdiction of the United States, did knowingly and unlawfully provide, attempt to provide, and conspire with others known and unknown to provide material support and resources, and to conceal and disguise the nature, location, source, and ownership of material support and resources, knowing and intending that the material support and resources were to be used in preparation for and for carrying out a violation of Title 18, United States Code, Sections 956 (conspiracy to kill, kidnap, maim, or injure persons or damage property in a foreign country) and 2332b (acts of terrorism

transcending national boundaries), all in violation of Title 18, United States Code, Section 2339A(a).

A _____TRUE_____ BILL

_____
FOREPERSON

_____
DAVID E. NAHMIAS
UNITED STATES ATTORNEY
GA Bar No. 534106

_____
KATHERINE MONAHAN
ASSISTANT UNITED STATES ATTORNEY
GA Bar No. 045737

_____
ROBERT C.I. McBURNEY
ASSISTANT UNITED STATES ATTORNEY
GA Bar No. 481070

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
V: 404-581-6000
F: 404-581-6181