```
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
         ATLANTA DIVISION

UNITED STATES OF AMERICA      )
                              )
         Plaintiff,           )    CRIMINAL ACTION FILE
                              )    NO. 1:06-CR-147-WSD-1
v.                            )
                              )    ATLANTA, GEORGIA
SYED HARIS AHMED (1)          )
                              )
         Defendant.           )
_____)
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE WILLIAM S. DUFFEY, JR.,
UNITED STATES DISTRICT JUDGE

VOLUME 5
Wednesday, June 10, 2009

APPEARANCES OF COUNSEL:

For the Plaintiff:         OFFICE OF THE U.S. ATTORNEY
                           (By: David E. Nahmias
                                Robert C. McBurney
                                Christopher Bly)

                           DEPARTMENT OF JUSTICE
                           (By: Alexis L. Collins)

For Defendant Ahmed (1):   MARTIN BROTHERS
                           (By: John Richard Martin)

*Proceedings recorded by mechanical stenography*
*and computer-aided transcript produced by*
NICHOLAS A. MARRONE, RMR, CRR
1714 U. S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
(404) 215-1486

INDEX

*Page*

*Verdict* *938*

                          Wednesday Morning Session

                                June 10, 2009

                                  9:05 a.m.

                                  -- -- --

                           P R O C E E D I N G S

                                  -- -- --

                              (In open court:)

             THE COURT: This is the portion of the trial in which I intend to announce my verdict.

             Would counsel please announce their appearances?

             MR. McBURNEY: Robert McBurney for the United States, with Ms. Collins and Mr. Bly.

             MR. MARTIN: Jack Martin on behalf of Mr. Ahmed.

             THE COURT: Good morning. Good morning, Mr. Ahmed.

             I have concluded my deliberations in the case.

             Since we closed the evidence and completed the closing arguments last week, I have reviewed all of the evidence that has been admitted in the case, including evidence that was admitted but was not published during the trial proceedings.

             In conducting my deliberations, I have applied and followed the instructions or the charge which the Court determined applied in this case and which I had previously discussed with counsel at the charge conference.

             As a result of my deliberations, I am prepared to

announce my verdict in this matter.

And so, Mr. Martin, if you and Mr. Ahmed would please approach the podium?

In the United States District Court for the Northern District of Georgia, Atlanta Division, in the United States of America v. Syed Haris Ahmed, which is Criminal Indictment No. 06-CR-147-01:

Count One. Conspiracy to provide material support to terrorists.

As to Count One in the second superseding indictment which alleges that the Defendant Syed Haris Ahmed conspired to provide material support to terrorists, the Court finds that the Defendant Syed Haris Ahmed is guilty.

I will enter this verdict this 10th day of June, 2009.

Having been found guilty, I'm directing the Clerk of Court to enter a verdict of guilty on the docket of the case.

I'm going to defer sentencing until the conclusion of the Sadequee trial. It is my practice in multidefendant cases -- and even though these are cases that are being tried separately, I believe the information that could be developed during the course of the Sadequee trial might be relevant to the sentencing of Mr. Ahmed. And therefore, I'm deferring setting a sentencing date until the conclusion of that

```
 1   trial.
 2              You may return to counsel table.
 3              I am also entering today my specific findings of
 4   fact pursuant to Federal Rule of Criminal Procedure 23 (c),
 5   and I am entering my specific findings under seal.
 6              Ordinarily had this been a jury trial, the jury
 7   would have announced its verdict in public without any
 8   findings of fact.
 9              Because the defendant waived his right to a jury
10   trial in this matter, I have made specific findings of fact
11   pursuant to Federal Rule of Criminal Procedure 23 (c).
12              Because Mr. Sadequee's trial begins on August 3rd
13   and because that trial will be by jury, I determined that the
14   findings if reported now might impact the selection of jurors
15   in the Sadequee proceeding.
16              Accordingly I am considering keeping the specific
17   findings that I have made under seal until a verdict is
18   rendered in Mr. Sadequee's case.
19              However, to enable the parties and the press to be
20   heard on this matter, I will conduct a hearing on the sealing
21   of the specific findings to be held at 11:00 a.m. tomorrow
22   morning, June 11th, in this courtroom.
23              Any party who wishes to be heard at the hearing
24   should advise the Court in writing by contacting my chambers
25   before 5:00 p.m. today.  If any party wishes to submit a
```

1  brief on the sealing issue, it should also be filed with the
2  Clerk of Court with a courtesy copy delivered to my chambers
3  by tomorrow morning at 9:00 a.m.
4              While the specific findings will today be filed
5  under seal, I am allowing the government and the defense
6  counsel to each be given one copy of the findings after they
7  are filed.
8              The copy provided to the government may be reviewed
9  only by the lawyers who are counsel of record in the case,
10 and will be maintained in the custody of Mr. McBurney and it
11 may not be copied.
12             The copy provided to the defendant shall be
13 maintained at all times in the possession of his counsel,
14 Mr. Martin.
15             MR. MARTIN:  Your Honor, can I share those with my
16 client, I assume?
17             THE COURT:  You may, but you may not give him a
18 copy of the findings.
19             MR. MARTIN:  I understand.
20             THE COURT:  All right.  Is there anything else we
21 need to cover this morning?
22             MR. MARTIN:  Just one second.
23             MR. McBURNEY:  Nothing for the government, Judge.
24             MR. MARTIN:  Mr. Ahmed would request that he be
25 excused from the hearing tomorrow morning.  I don't think we

1  have a real interest in that.  I will be here of course, but
2  he would prefer not to come over.
3          THE COURT:  All right.  He may be excused at his
4  request.
5          MR. MARTIN:  Thank you.
6          THE COURT:  Anything else from the defendant?
7          Mr. Martin, anything else from the defendant?
8          MR. MARTIN:  No, sir.
9          THE COURT:  All right.  We will be in recess.
10         (Proceedings adjourn at 9:10 a.m.)

# C E R T I F I C A T E

UNITED STATES OF AMERICA     :
                             :
NORTHERN DISTRICT OF GEORGIA :

     I, Nicholas A. Marrone, RMR, CRR, Official Court Reporter of the United States District Court for the Northern District of Georgia, do hereby certify that the foregoing 8 pages constitute a true transcript of proceedings had before the said Court, held in the city of Atlanta, Georgia, in the matter therein stated.

     In testimony whereof, I hereunto set my hand on this, the 19th day of June, 2009.

*/s/ Nicholas A. Marrone*
_____
NICHOLAS A. MARRONE, RMR, CRR
Registered Merit Reporter
Certified Realtime Reporter
Official Court Reporter
Northern District of Georgia