# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:06-cr-00147-WSD-GGB
### USA v. Ahmed
### Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 12/14/2009.

| | |
|---|---|
| TIME COURT COMMENCED: 10:05 A.M. | COURT REPORTER: Nick Marrone |
| TIME COURT CONCLUDED: 11:51 A.M. | USPO: Becky Valagohar |
| TIME IN COURT: 1:46 | DEPUTY CLERK: Jessica Birnbaum |

| | |
|---|---|
| DEFENDANT(S): | [2]Ehsanul Islam Sadequee Present at proceedings |
| ATTORNEY(S) PRESENT: | Christopher Bly representing USA<br>Robert McBurney representing USA<br>Donald Samuel representing Ehsanul Islam Sadequee<br>Khurrum Wahid representing Ehsanul Islam Sadequee |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing held. The Court imposed its sentence and informed Dft of his appeal rights. Judgment and Commitment order to follow. Dft remanded to CUSM. |
| HEARING STATUS: | Hearing Concluded |